**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN THE MATTER OF THE SEARCH OF** | : | **MAG. NO. 1:16-mj-479** |
| **INFORMATION ASSOCIATED WITH** | : | |
| **FACEBOOK USERNAME BAILLIE** | : | |
| **RACHELLE DICKENSON THAT IS STORED** | : | **UNDER SEAL** |
| **AT PREMISES CONTROLLED BY** | : | |
| **FACEBOOK** | : | |

**GOVERNMENT'S MOTION TO UNSEAL**
**AND MEMORANDUM IN SUPPORT THEREOF**

The United States, by and through its attorney, the United States Department of Justice, Criminal Division, Human Rights and Special Prosecutions Section, respectfully moves this Court to unseal the above-captioned matter, specifically so that the government can provide discovery in a related criminal case. As grounds for this motion, the government states as follows:

1.  In the above-captioned matter, the government applied for a search and seizure warrant for information associated with Facebook user name Baillie Rachelle Dickenson that is stored at premises controlled by Facebook. At the same time, the government requested that the affidavit in support of the search warrant and all related papers, including the warrant, the application, the affidavit in support, the motion to seal, the motion for non-disclosure order, and any resulting orders, be placed under seal. The search and seizure warrant was issued, the motion was granted, and the matter was placed under seal.

2.  The file remains under seal to this date. The government hereby requests that the file be unsealed so that the government can provide discovery to defense counsel. The government is aware of no facts or circumstances that would justify continuing the seal upon these matters. The passage of time and the progress of the related criminal investigation have dissipated the

compelling interest that first warranted sealing these matters. Further, the government needs to provide discovery in the resulting prosecution.

WHEREFORE, for the foregoing reasons and any other such reasons as may appear to the Court, the government respectfully requests that its motion be granted and the case be unsealed.

Respectfully submitted,

TERESA MCHENRY
Chief
Human Rights and Special
Prosecutions Section

/s/ Mona Sahaf

———————————————
Mona Sahaf
Trial Attorney
D.C. Bar No. 497854
Human Rights and Special
Prosecutions Section
Criminal Division
1301 New York Ave., NW
Washington, D.C. 20530
202-616-2335
Mona.Sahaf@usdoj.gov